IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL WAGNER, Individually and as Executor of the ESTATE OF REGINA WAGNER, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 16-4209 |

FILED
DEC 0 1 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 1st day of December, 2016, after considering the defendant's motion to partially dismiss plaintiff's complaint (Doc. No. 5), plaintiff's response in opposition to this motion (Doc. No. 6), and defendant's brief in reply to plaintiff's response in opposition (Doc. No. 9), **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss plaintiff's breach of warranty claim (Count III) is **GRANTED**.

2. Defendant's motion to dismiss plaintiff's strict liability claim (Count II) is **DENIED**.

3. Any language relating to a "design" defect or "failure to warn" shall be stricken from plaintiff's complaint with prejudice.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.